# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Lincol Orlando Agurcia-Zelaya<br>a/k/a "Lincor Orlando Agurcia-Celaya"<br><br>*Defendant(s)* | Case No.  8:16 MJ 1779 TBM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 25, 2016__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Being an alien found in the United States without permission after deportation. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

William Hemberger, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12-1-16

_____
*Judge's signature*

City and state: Tampa, Florida

THOMAS B. MCCOUN, III, US Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, William Hemberger, being duly sworn, hereby depose and state as follows:

1. I am employed as a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), currently assigned to Tampa, Florida. I have been employed as a federal law enforcement officer since March 14, 2010.

2. As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of deportable aliens in accordance with these laws. I am a federal law enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3. This affidavit is submitted in support of a criminal complaint. The statements contained in this affidavit are based on my personal knowledge and that of other law enforcement officers and on information gathered from computer databases. This affidavit does not contain every fact regarding the investigation but does document the probable cause to charge Lincol Orlando AGURCIA-ZELAYA, a/k/a "Lincor Orlando AGURCIA-CELAYA," a native and citizen of Honduras, with being an alien found in the United States without permission after deportation, in violation of Title 8, United States Code, Section 1326(a).

## FACTS AND CIRCUMSTANCES

4. On or about November 25, 2016, Hillsborough County Sheriff's officers arrested AGURCIA-ZELAYA for Burglary of an Occupied Dwelling with Assault,

and on or about November 26, 2016, AGURCIA-ZELAYA was released on bond from the Hillsborough County Jail before ICE ERO could file a detainer.

5. On November 30, 2016, ICE ERO and Hillsborough County Sheriff's officers found AGURCIA-ZELAYA outside his home in Gibsonton, Florida, within the Middle District of Florida.

6. Post-*Miranda*,[1] AGURCIA-ZELAYA stated that he was a Honduran citizen who had reentered the United States without permission after deportation and that, when he had reentered, he had done so voluntarily.

7. I performed a records check using the Central Index System (CIS) and reviewed the documents contained within the Alien File (A-File) belonging to AGURCIA-ZELAYA. Upon review of these documents, I determined that AGURCIA-ZELAYA is a native and citizen of Honduras and is illegally in the United States. I also found that he had been deported from the United States to Mexico on or about December 30, 2008, to Mexico on or about July 15, 2009, to Mexico on or about February 26, 2010 and to Honduras on or about October 9, 2014.

8. Fingerprints taken of AGURCIA-ZELAYA were submitted through the Integrated Automated Fingerprint Identification System (IAFIS) and compared with those taken prior to his removal from the United States. IAFIS indicates that they are from the same person.

---

[1] AGURCIA-ZELAYA'S native language is Spanish, and I read the *Miranda* rights to him in that language. Additionally, I conducted the post-*Miranda* interview in Spanish.

2

9. Computer record checks also indicate that AGURCIA-ZELAYA was convicted of Illegal Entry, on or about August 01, 2014, in the United States District Court of Arizona.

10. No information exists, either in the A-file documents or the computer databases, that AGURCIA-ZELAYA had either requested or received permission from any immigration official to reenter the United States after his deportation.

## CONCLUSION

11. Based on the foregoing facts, I believe there is probable cause to establish that AGURCIA-ZELAYA, a citizen and national of Honduras, is an alien found in the United States without permission after deportation, in violation of Title 8, United States Code, Section 1326(a).

WILLIAM HEMBERGER
Deportation Officer, ICE ERO

Sworn to and subscribed before me this 30th day of November, 2016, in Tampa, Florida.

THOMAS B. MCCOUN, III
United States Magistrate Judge

3